

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-18-00142-CR
## No. 10-18-00147-CR

## EX PARTE JOHN R. POWELL

---

## From the 12th District Court
## Walker County, Texas
## Trial Court Nos. 27986 and 25048

---

# O R D E R

---

Appellant's briefs in these appeals were due May 30, 2018.  Appellant has filed a motion for extension of time in each of these appeals.  A 30-day extension of time to file the brief in these appeals is granted.  Appellant's briefs are due June 29, 2018.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motions granted
Order issued and filed June 13, 2018

